THE HONORABLE KYMBERLY K. EVANSON

THE UNITED STATES DISTRICT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE MA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARZEDA CORPORATION; ALEXANDRE ZANGHELLINI, and his marital community; DANIELA GRABS, and her marital community,<br><br>　　　　　　Defendant. | CASE NO. 2:22-CV-00322<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

Page i

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

# I. STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Suzanne Ma and Defendants Arzeda Corporation, Alexandre Zanghellini, and Daniela Grabs hereby stipulate and request that the Court dismiss the above-entitled action with prejudice and without costs, expenses, or attorneys' fees to any party.

DATED this 8th day of January, 2024.

| THE BLANKENSHIP LAW FIRM, PLLC | LANE POWELL PC |
|---|---|
| s/ Tobin Klusty | /s D. Michael Reilly |
| Scott C. G. Blankenship, WSBA No. 21431 | D. Michael Reilly, WSBA No. 14674 |
| Tobin Klusty, WSBA No. 52567 | Priya B. Vivian, WSBA No. 51802 |
| 1000 Second Avenue, Suite 3250 | 1420 Fifth Avenue, Suite 4200 |
| Seattle, WA 98104 | P.O. Box 91302 |
| Telephone: (206) 343-2700 | Seattle, WA 98111 |
| Facsimile: (206) 343-2704 | Telephone 206-223-7000 |
| sblankenship@blankenshiplawfirm.com | reillym@lanepowell.com |
| tklusty@blankenshiplawfirm.com | vivianp@lanepowll.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## II. ORDER

THIS MATTER having come before the Court based on stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action is hereby dismissed with prejudice and without award of costs, expenses, or attorneys' fees to any party.

DATED this 8th day of January, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 2

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700